■ BEATRICE LAZOFF, Appellant, v. PHILIP GOODMAN et al., Respondents. — In an action to set aside a deed of real property, and for other relief, the appeal is from a judgment entered after trial before an Official Referee, dismissing the amended complaint on the merits. Appellant sought to set aside the deed on the grounds (1) that it was executed and delivered to take effect only upon the grantor's death and was without consideration, and (2) that the conveyance was the result of undue influence exerted by respondent Goodman on the grantor, mother of the parties. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

■ JOHN LEONE, Appellant, v. RYBAR REALTY CORP. et al., Respondents. — In an action to recover damages for personal injuries, the appeal is (1) from a judgment entered on a jury verdict dismissing the complaint, and (2) from an order denying a motion to set aside the verdict and for a new trial. Judgment unanimously affirmed, with costs. The evidence fails to establish actionable negligence on the part of either of the respondents. Consequently errors, if any, in rulings or in the charge, or with respect to other occurrences during the trial, constitute no proper basis for reversal, as appellant was not entitled to prevail in any event. (*Jacobs* v. *Jacobs*, 252 App. Div. 794; *Posner* v. *Empire Trust Co.*, 275 App. Div. 1060.) Appeal from order denying motion for a new trial dismissed, without costs. No such order is printed in the record. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

■ KATHERINE LEECH et al., Appellants, v. ISIDORE GUTHEIT, Respondent. — In an action to recover damages for personal injuries and for medical expenses and loss of services, the appeal is from an order granting a motion to dismiss the complaint for lack of diligent prosecution, and from the judgment entered thereon. Order and judgment unanimously affirmed, without costs. No opinion. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HOWARD BROWN, Appellant. — Appeal (1) from a judgment of the County Court, Westchester County, convicting appellant after trial of robbery in the first degree, and (2) from each and every intermediate order therein made. Judgment unanimously affirmed. No opinion. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.